574

951 P.2d 449

SPECIAL FUND DIVISION

v.

INDUSTRIAL COMMISSION OF
ARIZONA/ST. CHARLES
COMPANY et al.

No. CV–97–0322–PR.

Supreme Court of Arizona.

Dec. 16, 1997.

ORDERED: Petition for Review GRANT-ED.

FURTHER ORDERED: The case is submitted to the Court without oral argument.

951 P.2d 449

Blake ZUERN/Frank Zuern/Kristie Zuern

v.

FORD MOTOR COMPANY.

No. CV–97–0081–PR.

Supreme Court of Arizona.

Dec. 16, 1997.

Prior report: App., 188 Ariz. 486, 937 P.2d 676.

ORDERED: Motion for Depublication of Court of Appeals Opinion DENIED.